**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 1:11-CV-13-DBH** |
| | ) | |
| **$25,800 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **DEFENDANT-IN-REM** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On May 23, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision. The time within which to file objections expired on June 9, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The government's motion to strike (Docket Item 19) and its renewed motion incorporating the earlier motion (Docket Item 28) are **GRANTED**. The Claim for Seized Property (Docket Item 8) and Claimants' Answer to Complaint for Forfeiture In Rem (Docket Item 9) are **STRICKEN** from the docket.

**SO ORDERED.**

**DATED THIS 10TH DAY OF JUNE, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**